UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patricia Campbell
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

William Clinton
Hillary Clinton
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

RECEIVED JUN 25 2015 PRO SE OFFICE

COMPLAINT

Jury Trial:   ☐ Yes    ☐ No
(check one)

15 CV 5044

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name             Patricia Campbell
            Street Address   PO Box 310575
            County, City     Queens, Jamaica
            State & Zip Code New York 11431
            Telephone Number 917 951 1694

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name             William Clinton
                  Street Address   15 Old House Rd
                                   Chappaqua, New York

Rev. 05/2010

County, City __Westchester Chappaqua__
State & Zip Code __New York__
Telephone Number _____

Defendant No. 2   Name __Hillary Clinton__
Street Address __15 Old House Rd__
County, City __Westchester Chappaqua__
State & Zip Code __New York__
Telephone Number _____

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal Questions            ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Denying my basic right to have a home to live in. Denying my right to work for the state government or private industry.__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? outside my building where I live - I couldn't walk down the street in peace or look out a glass window in peace

on Manhattan Island yesterday Truck

B. What date and approximate time did the events giving rise to your claim(s) occur? On going for the past four years (plus)

C. Facts [What happened to you?]: My family put me into this program and called the Clintons to join it.

[Who did what?] I was tormented by the Clintons to the point I packed my belonging and moved.

[Was anyone else involved?] The Clintons are the Red group. I had Red cars up and down the road - red lines on the sidewalks and in the streets

[Who else saw what happened?] People other than the Clintons (a huge mob took up the streets and sidewalks where I lived) tremendous noise, and people all night long and daytime, too. Shopkeepers windows were cracked.

I called 911 to no avail - Law enforcement was directing traffic away from my building

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I went to the emergency room of hospitals numerous times - so the Doctors and Staff could bring me back to health

Rev. 05/2010

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the court to issue a permanent Injunction against Hillary and William Clinton from having anything to do with me or any cars near me

I want payment for loss of my good health - payment of Hospital bills Doctor bills payment for furniture storage fees, having to move time and again from my home
Denying me my basic right within the USA of having housing, freedom and peace.
I want payment of $100,000 from each Clinton

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of June, 2015

Signature of Plaintiff  Patricia Campbell

Mailing Address  PO Box 310575
Jamaica, New York
Queens County   11431

Telephone Number  917 951 1696

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010